UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (CAMDEN)
Caption in Compliance with D.N.J. LBR 9004-1(b)

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Shauna Deluca, Esq. (SD-8248)

Order Filed on July 30, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

**India N. Cooper,**

　　**Debtor.**

Case No.:　19-21581-JNP

Chapter:　7

Hearing Date: July 30, 2019

Judge:　Jerrold N. Poslusny Jr.

| Recommended Local Form: | ☒ Followed | ☐ Modified |

## ORDER VACATING STAY

The relief set forth on the followi

**DATED: July 30, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page **2**
Debtor: India N. Cooper
Case No.: 19-21581-JNP
Caption of Order: **Order Vacating Stay**

---

Upon the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

415 Windsor Road, Atlantic City, New Jersey 08401.

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, short sale, or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
India N. Cooper  
    Debtor

Case No. 19-21581-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 31, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.  
db         +India N. Cooper,    134 W. Ridgewood Avenue,    Unit A,    Pleasantville, NJ 08232-3638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2019 at the address(es) listed below:
        Brian Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
         bthomas@ecf.axosfs.com
        Brian Thomas    brian@brianthomaslaw.com,    bthomas@ecf.axosfs.com
        Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         hkaplan@rasnj.com,    informationathnk@aol.com
        Shauna M Deluca    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         sdeluca@rasflaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Victor M Saul    on behalf of Debtor India N. Cooper vsaul@comcast.net,
         G4231@notify.cincompass.com
                TOTAL: 6